UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORACIO VEGA,<br><br>                                      Plaintiff,<br><br>                    -against-<br><br>M42-43 ITHACA STREET LLC, JOHN MILEVOY, and LUISA MILEVOY in their individual and professional capacity,<br><br>                                      Defendants. | **15-cv-04193 (FB) (VMS)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**ECF CASE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

Defendants, through their counsel who are authorized by their respective clients to execute this

Stipulation, that the above-captioned action be dismissed, in its entirety, with prejudice and

without any award of attorneys' fees, costs or other relief.

IT IS FURTHER STIPULATED AND AGREED, this Stipulation may be signed in

counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

Dated: October 9, 2015

PARDALIS & NOHAVICKA, LLP                    MILBER MAKRIS PLOUSADIS
                                                                          & SEIDEN, LLP


_____/s/_____                                        _____/s/_____
Joseph D. Nohavicka                                     Elizabeth Gorman
jdn@pnlawyers.com                                       ergorman@milbermakris.com
*Attorneys for Plaintiff*                                  *Attorneys for Defendants*
3510 Broadway, Suite 201                             *John Milevoy and Luisa Milevoy*
Astoria, New York 11106                              1000 Woodbury road, Suite 402
Telephone:     (718) 777-0400                      Woodbury, New York 11797
Facsimile:      (718) 777-0599                       Telephone:     (516) 712-4000
                                                                     Facsimile:      (516)712-4013

LIPMAN & PLESUR, LLP

                    /s/
_____
Robert D. Lipman
lipman@lipmanplesur.com
*Attorneys for Defendant*
*M42-43 Ithaca Street LLC*
500 North Broadway, Suite 105
Jericho, New York 11753
Telephone:     (516) 931-0050
Facsimile:     (516) 931-0030


SO ORDERED:

_____
U.S.D.J.

2